UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL FINDABILITY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-2247 (PLF) |
| ) | |
| SUMMIT ENTERTAINMENT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

The complaint in this case was filed on November 25, 2009, but there is no record that a copy of the complaint has been served on the defendants. Plaintiff's attention is directed to Rule 4(m) of the Federal Rules of Civil Procedure Fed. R. Civ. P. 4(m), which provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m). In order to avoid the finality of a mandatory dismissal, it is hereby

ORDERED that on or before June 11, 2010, plaintiffs either cause process to be served and proof of service to be filed with the Court, or file a status report with the Court advising why service has not been made.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: May 12, 2010            United States District Judge