UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
GLOBAL FINDABILITY, INC.,           )
                                    )
      Plaintiff,                     )
                                    )
      v.                             )   Civil Action No. 09-2247 (PLF)
                                    )
SUMMIT ENTERTAINMENT, LLC, et al.,  )
                                    )
      Defendants.                    )
_____ )

ORDER

      On May 12, 2010, the Court ordered that, by June 11, 2010, plaintiff either cause process to be served and proof of service to be filed with the Court, or file a status report with the Court advising why service has not been made.  See Order at 1, May 12, 2010.  This date came and went without a response from plaintiff.

      Accordingly, on August 6, 2010, the Court ordered that, by September 9, 2010, "plaintiff shall show cause why the case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure."  See Minute Order, Aug. 6, 2010.  Again, this date came and went without a response from plaintiff.

Because plaintiff has failed to show cause why this case should not be dismissed, it is hereby

ORDERED that this case is DISMISSED; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  <u>See</u> F<small>ED</small>. R. A<small>PP</small>. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 10, 2011